AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| RAFAEL GARZA, IV, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| V. | CASE NUMBER:   4:24-cv-264 |
| CORY MICHAEL BARELLA, et al., | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's May 30, 2025 Order, the Magistrate Judge's Report and Recommendation is dismissed as moot, and Defendant's Motion to Dismiss is granted. Plaintiff's Amended Complaint is dismissed without prejudice for his failure to timely serve Defendants, Fed.R.Civ.P. 4(m).  This case stands closed.



| 5/30/2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (signature) |
| | (By) Deputy Clerk |

GAS Rev 10/2020